JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PAO, an individual, | CASE NO.: SACV13-00292 CJC (RNBx) |
| Plaintiff, | |
| vs. | ORDER |
| ASSET ACCEPTANCE, LLC, etc. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL:**

Based upon the request filed by Plaintiff, with good cause appearing, the Court hereby dismisses the entire action with prejudice.

IT IS SO ORDERED.

DATED: April 5, 2013

_____
JUDGE OF THE US. DISTRICT COURT

SACV13-00292 CJC (RNBx)     1     ORDER